

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2016

No. 04-16-00229-CV

Brent **BEICKER**, Individually and d/b/a Brent Beicker,
Appellant

v.

Nancy **HILL**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0684-CV
The Honorable William Old, Judge Presiding

# O R D E R

On April 11, 2016, appellant Brent Beicker, individually and d/b/a Brent Beicker Enterprises, filed a notice of interlocutory appeal from the trial court's April 8, 2016 order refusing his application for a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4). On this date, appellant filed an emergency motion for a temporary order staying the seizure and/or sale of the property at issue in order to preserve the subject matter of the appeal during pendency of the appeal. TEX. R. APP. P. 29.3. The certificate of conference states the motion is opposed by appellee. Due to the unique circumstances of the subject matter of this appeal, we conclude that a temporary stay should be granted pending resolution of the appeal. *See* TEX. R. APP. P. 29.3, 10.3(a)(3).

Accordingly, the appellant's emergency motion for temporary relief is GRANTED, and the appellee Nancy Hill, and any individual or entity acting on her behalf, including the Guadalupe County Sheriff's office, is ORDERED to refrain from directly or indirectly seizing, acquiring, selling, transferring, disposing of, or encumbering the real property located at 100 Troell Hollow, Seguin, Texas 78155, during the pendency of this appeal and until further order of this Court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2016.

Keith E. Hottle
Clerk of Court